# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JAMES DEWAR,

    Plaintiff,

v.                                                      Case No. 5:23-cv-677-MMH-PRL

DIRECT INTERACTIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 49; Stipulation) filed on December 4, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 6th day of December, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record